**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT McCARTHY<br><br>　　　　Plaintiff<br><br>v.<br><br>HITESH PATEL DBA COMFORT INN;<br>and DOES 1 THROUGH 10, Inclusive<br><br><br>　　　　Defendants | Case No.: 1:15-cv-01160-LJO-SMS<br><br>ORDER GRANTING VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

　　IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendant HITESH PATEL DBA COMFORT INN be dismissed with prejudice from Plaintiff's Complaint and Plaintiff's Complaint be dismissed with prejudice in its entirety, Case Number 1:15-cv-01160-LJO-SMS.

　　The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

　　Dated:　**December 2, 2015**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE